# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1717. DARREN D. RIGGS v. MEG HEAP, DISTRICT ATTORNEY et al.**

Darren D. Riggs, a prison inmate, filed a lawsuit against Meg Heap, District Attorney, and Lindsey Rudder, ADA. The trial court dismissed the case. Riggs then filed this direct appeal. We, however, lack jurisdiction.

Because Riggs is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35 (b), a prisoner wishing to appeal must file an application for discretionary review to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider Riggs's direct appeal. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  06/07/2018
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.